







# TWIST N GO    - BTA713

INSTANTLY REFRESHS YOUR WATER WITH BLENDED FRUIT ON THE GO!

Share with a friend

Description     Color Option     Product Detail



BLUE          LIME          RED



BLACK          WHITE          YELLOW



### PRODUCT

VINO OPENER CUP    - VOC1
E FLASK    - PB10
STAINLESS STEEL MINI KEG 2 GO    - SBK1
MASON JAR IN JEANS    - MJ05
SIMPLY CLEAR    - DWG77
THE LUNCH KEEPER    -LB1
CHILL VINO 2 GO    - IV3G
PINT GLASS OPENER    - BO2

STAINLESS STEEL GROWLER 2 GO    - SGB1
THE MIGHTY FLASK STORAGE GROWLER    - TMF1
NATURE'S GARDEN MUG    - MUG221/222/223/224
TWIST N GO    - BTA713
SPARKLING MUGS    - MUG550
CS14 - THERMO STEEL
VINO-TINI    - VT1
BREW CUP OPENER    - BO1

### NEWSLETTER SIGNUP

By subscribing to our mailing list you will always be update with the latest news from us.

your.address@email.com        JOIN US

* it really works! Mailchimp Integration.

We never spam!

© 2012 **ADNART**. All Rights Reserved.

this web building by ThinkSmart Web Programming.

\>