| U.S. Patent No. 8740116<br>Essence extracting drinking vessel | Accused Infringing Article |
|---|---|
| 1. An essence extractor and liquid container comprising:<br><br>a citrus press in combination with;<br><br>a liquid drinking vessel;<br><br>wherein said drinking vessel forms a leak proof, integrated storage and dispensing volume that is in fluid communication with comminuted foodstuffs and freshly extracted edible and aromatic oils discharged from said citrus press such that the direct, continuous blending of said comminuted foodstuffs and said freshly extracted edible and aromatic oils are mixed with the dispensing volume contained within said drinking vessel and dispensed therefrom in a manner adapted for drinking. | <br><br><br><br><br><br>$ |

2. The essence extractor and liquid container combination of claim 1, wherein said drinking vessel is adapted to dispense said liquid as a beverage from said drinking vessel directly for consumption while said citrus press is still attached to said beverage container.

   -*Drinking vessel WILL function with citrus press installed*

| U.S. Patent No. 8740116 | Accused Infringing Article |
|---|---|
| **Essence extracting drinking vessel** | |

3. The essence extractor and liquid container combination of claim 1, wherein said drinking vessel is adapted to dispense said liquid from said drinking vessel regardless of whether said citrus press is attached or removed from said beverage container.

    *-Drinking vessel will NOT function without citrus press installed*

4. The essence extractor and liquid container combination of claim 1, wherein said liquid drinking vessel is formed of material selected from the group consisting of: stainless steel; and plastic that is free of BPA (Bis-Phenol A).

    *-Drinking vessel is NOT made of stainless steel nor plastic*

5. The essence extractor and liquid container combination of claim 2, wherein said liquid drinking vessel further forms a **viewing window to allow visual access** to said dispensing volume.

6. The essence extractor and liquid container combination of claim 1, wherein said container is adapted for specific use with a beverage liquid and further comprises a drinking spout for dispensing contents from said dispensing volume.

    *-Drinking vessel DOES NOT have a drinking spout.*

**U.S. Patent No. 8740116**                    **Accused Infringing Article**
**Essence extracting drinking vessel**

7. The essence extractor and liquid container combination of claim 1, wherein said container is operatively connected to said citrus press such that said **citrus press removably connects** to the liquid drinking vessel, as well as being in **fluid communication with said dispensing volume.**



U.S. Patent No. 8740116                                         **Accused Infringing Article**
**Essence extracting drinking vessel**

8. The essence extractor and liquid container combination of claim 1, said hand grinding citrus press further comprising **screw grooves** for removably attaching to a screw on vessel.



9. The essence extractor and liquid container combination of claim 6, wherein said hand grinding citrus press is in an open configuration and does not have a lid.

    *-Claim 6 is NOT infringed; therefore, Claim 9 cannot be infringed*

10. The essence extractor and liquid container combination of claim 6, wherein said hand grinding citrus press is closed, sealed, and contained with a lid.

    *-Claim 6 is NOT infringed; therefore, Claim 10 cannot be infringed*

11. The essence extractor and liquid container combination of claim 1, wherein said hand grinding citrus press further comprises a corking device for securing to said vessel.

    *-The Citrus Press DOES NOT Form a corking device.*

12. The essence extractor and liquid container combination of claim 1, wherein said citrus press is **contained within the volume of said drinking vessel.**



| U.S. Patent No. 8740116<br>Essence extracting drinking vessel | Accused Infringing Article |
|---|---|
| 13. An essence extractor and liquid container for the extraction and infusion of edible and aromatic oils into a consumable liquid comprising:<br><br>    a citrus press in combination with; |  |
|     a liquid drinking vessel that is removably connected to said citrus press, said liquid drinking vessel further forming a storage and beverage dispensing fluid volume in continuous fluid communication with said citrus press such that the direct blending of freshly extracted edible and aromatic oils is available, wherein said liquid drinking vessel is adapted for leak proof containment of said comminuted foodstuffs and an infused liquid while said citrus press is attached to said liquid drinking vessel; and |  |
| a separation mechanism between said citrus press and said liquid drinking vessel, said separation mechanism adapted to obstruct physical communication of comminuted foodstuffs into said storage and dispensing fluid volume while permitting fluid communication of said comminuted foodstuffs and freshly extracted edible and aromatic oils with said storage and dispensing fluid volume. | <br>$ |

**U.S. Patent No. 8740116**  **Accused Infringing Article**
**Essence extracting drinking vessel**

14. The essence extractor and liquid container combination of claim 13, wherein said liquid drinking vessel **further allows visual access to said dispensing fluid volume.**



U.S. Patent No. 8740116                                         Accused Infringing Article
Essence extracting drinking vessel

**Infringement Contention**

1.  **Infringing Product Specifications:**
    **Company Name:**            _____
    **Company Location:**        _____
                                 _____

    **Product Name**:            _____

    Plaintiff alleges that at least the above listed product infringes U.S. Patent No. 8,740,116. Plaintiff reserves the right to amend to include the identity, description or model number of additional products pending additional discovery

2.  The above identified product infringes the claims of U.S. Patent No. 8,740,116 as follows:

    - Claim 1 is directly infringed under 35 USC §271 and §281
    - Claim 2 is directly infringed under 35 USC §271 and §281
    - Claim 5 is directly infringed under 35 USC §271 and §281
    - Claim 7 is directly infringed under 35 USC §271 and §281
    - Claim 8 is directly infringed under 35 USC §271 and §281
    - Claim 12 is directly infringed under 35 USC §271 and §281
    - Claim 13 is directly infringed under 35 USC §271 and §281
    - Claim 14 is directly infringed under 35 USC §271 and §281

3.  The following patent infringement analysis compares US Patent No. 8,740,116 against the allegedly infringing product identified by pictures in the claims chart attached hereto.

4.  Priority date of US Patent No. 8,270,116 is based on a parent application of 07/07/2010.

5.  Defendant continues to wilfully infringe US Patent No. 8,270,116 since at least the filing of this action. Additionally, evidence of earlier willfulness will be determined pursuant to additional discovery.

**U.S. Patent No. 8740116**  **Accused Infringing Article**
**Essence extracting drinking vessel**